## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

UNITED STATES OF AMERICA,

                        **Plaintiff,**

-vs-

JON JENNINGS,

                        **Defendant.**

Case No. 1:20-cr-00461

JUDGE PAMELA A. BARKER

ORDER

On August 14, 2024, Magistrate Judge Jonathan D. Greenberg conducted an initial appearance on the Superseding Violation Report dated August 5, 2024. During the initial appearance, Defendant admitted to violation #2 of the Superseding Violation report. The United States moved to dismiss violation #1. Without objection from the Defendant, the Court granted the motion to dismiss violation #1.  Upon agreement of the parties, and the recommendation of the Probation Officer, the United States withdrew its motion for detention.

On September 18, 2024, Defendant appeared for a final revocation hearing before Judge Pamela A. Barker and was represented by counsel, Edward G. Bryan. Assistant U.S. Attorney Edward D. Brydle was present on behalf of the United States of America. Probation Officer Luke A Filippi was also present. All parties waived any objections to the Report and Recommendation of Magistrate Judge Jonathan D. Greenberg (Doc. No 55.) The Report and Recommendation of Magistrate Judge Jonathan D. Greenberg is therefore adopted by this Court.

As set forth on the record, the Court found Defendant to be in violation of the following term of his supervised release: Drug Use. Upon due consideration, Defendant's supervised release is continued with the same terms as previously set.

**IT IS SO ORDERED.**

_s/Pamela A. Barker_
PAMELA A. BARKER
U. S. DISTRICT JUDGE

Date:  September 18, 2024